CRIMINAL COMPLAINT
**(Electronically Submitted)**

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Salvador Robles Jr.**; DOB: 1973; United States | DOCKET NO.<br>23-07014MJ |
| | MAGISTRATE'S CASE NO. |

Complaint for violation of Title 8 United States Code § 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION**:
On or about December 30, 2022, in the District of Arizona, **Salvador Robles Jr**, knowing or in reckless disregard that certain aliens had come to, entered, and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i)**.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED**:
On or about December 30, 2022, in the District of Arizona (Hereford), a United States Border Patrol Agent (BPA) responded to a citizen's report of a 2021 Chevrolet Colorado picking up suspected illegal aliens. A Mobile Surveillance Capable (MSC) truck gained visual of the suspected vehicle and relayed its location to BPAs. The vehicle passed the BPA on State Route (SR) 92 and the MSC confirmed it to be the same vehicle in question. The BPA noticed the vehicle fit all the matching descriptions given from the citizen's report. The BPA turned around and got behind an Arizona Department of Public (DPS) officer who initiated a stop of the vehicle. As the assisting BPA approached the vehicle, he noticed four people dressed in camouflage attempting to conceal themselves in the bed of the truck. The driver was identified as **Salvador Robles Jr.** and three more people dressed in camouflage were found in the rear cab of the truck. The seven passengers were identified as Mexican citizens illegally present in the United States. Two loaded firearms were found inside the vehicle.

Records checks revealed that Carmen Irene Guzman-Tapia, Maria Tepox-Zacatzontetl, Alejandra Reyes-Meneses, Adelina Maceda-Cirilo, and Celia Maceda-Cirilo did not have the proper immigration documentation to enter or remain in the U.S. legally. Guzman was previously removed from the U.S. on December 16, 2022. Tepox was previously removed from the U.S. on December 12, 2022. Reyes was previously removed from the U.S. on December 19, 2022. Adelina and Celia Maceda-Cirilo were both previously removed from the U.S. on December 21, 2022.

In a post-*Miranda* statement, **Robles** stated that he was traveling to Mexico when he was sent an address through WhatsApp to pick up people. He believed that he was to be paid $1,000 USD for each person he picked up. **Robles** stated that he picked up the people near King's Ranch Road and SR 92 and when he arrived seven people ran out from the brush and got into the cab and bed of his truck. He said his contact then told him to start driving back to Sierra Vista, Arizona. **Robles** provided consent to a search of his phone and BPAs discovered additional messages of human smuggling. When confronted with this information, **Robles** stated that this was his second time working with the coordinator. He stated that he was receiving other offers for work at various rates throughout the day and he decided not to accept one of the higher offers because it seemed too good.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

| Detention Requested<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT<br>[signature]<br>OFFICIAL TITLE<br>Border Patrol Agent |
|---|---|
| **Sworn by telephone** x | |
| SIGNATURE OF MAGISTRATE JUDGE[1]<br>Jacqueline M. Rateau | DATE<br>January 3, 2023 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54

Reviewing AUSA: Siegele